UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| INTERMOUNTAIN FAIR HOUSING COUNCIL, | Case No. CV 08-00517-S-EJL |
| Plaintiff, | **ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| BLAYLOCK PROPERTY MANAGEMENT, | |
| Defendant. | |

Before the Court is a Stipulation to Extend Deadline for Plaintiff's Response to Motion for Summary Judgment (Docket No. 22) dated the August 11, 2009. The Parties have agreed to extend the date by which the Plaintiff must respond to the Defendant's Motion for Summary Judgment (Docket No. 20) from August 21, 2009 to October 30, 2009 so that they may participate in a settlement conference in October. The Court has reviewed the parties' Stipulation and finds good cause appears to grant the requested extension.

### ORDER

THEREFORE IT IS HEREBY ORDERED that the parties' Stipulation to Extend Deadline for Plaintiff's Response to Motion for Summary Judgment (Docket No. 22) is **APPROVED**. The Plaintiff shall file its response to the Defendant's Motion for Summary Judgment (Docket No. 20) on or before **October 30, 2009**.

DATED: **August 11, 2009**

Honorable Ronald E. Bush
U. S. Magistrate Judge

ORDER